**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MAIKEL BELLO HERNANDEZ | CIVIL ACTION NO. 26-1309 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARKWAYNE MULLIN, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

## <u>ORDER</u>

Maikel Bello Hernandez simultaneously filed a petition for a writ of habeas corpus and a motion for a temporary restraining order. Record Documents 1, 3. The habeas petition, Record Document 1, is hereby **REFERRED** to the Magistrate Judge for consideration and recommendation. The motion for a temporary restraining order, Record Document 3, is **DENIED**.

In his motion, Maikel Bello Hernandez seeks only one form of relief—a temporary stay of his removal. Even when couched as a request to "preserve the status quo," the United States Court of Appeals for the Fifth Circuit has made clear: "[a] request for stay of removal is a challenge to a removal order[,]" and the district court lacks "jurisdiction to grant such relief[.]" *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026).

Moreover, although this Court has "the power to preserve existing conditions while it [determines] its own authority to grant injunctive relief[,]" Maikel Bello Hernandez has not alleged any sort of lawful status, and without such, the Court declines to grant him temporary relief. *Cf. Umanzor Maldonado v. Lyons*, No. 26-112,

2026 WL 196521, at *2 (W.D. Tex. Jan. 20, 2026) (restraining removal during habeas proceeding where noncitizen had deferred action status). For the foregoing reason, Maikel Bello Hernandez's motion for a temporary restraining order is denied.

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of April, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE