**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**Alexandria Division**

| | |
|---|---|
| Maikel Bello Hernandez, | District Judge: (Unassigned) |
| *Petitioner,* | Magistrate Judge: (Unassigned) |
| v. | |
| Markwayne Mullin, *et al.* | Civil Action No. 1:26-cv-1309 |
| *Respondents.* | |

**ORDER**

IT IS ORDERED that Lauren Lanzon be and is hereby admitted to the bar of this Court pro hac vice on behalf of Petitioner Maikel Bello Hernandez in the above-described action.

SO ORDERED on this, the __24th__ day of __Apr.__, 20__26__.

_____
U.S. Magistrate Judge